

# NUMBER 13-14-00539-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE JOSEPH ANDREW DI RUZZO

### On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Per Curiam Order

Relator, Joseph Andrew Di Ruzzo, filed a petition for writ of mandamus in the above cause on September 19, 2014 requesting that we compel the trial court to rule on relator's motion for a pre-trial copy of the transcript of the grand jury proceedings. *See* TEX. CODE CRIM. PROC. ANN. § 20.02(d) (West, Westlaw through 2013 3d C.S.). The Court requests that the real party in interest, the State of Texas, acting by and through the Criminal District Attorney of Victoria County, Texas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of

1

mandamus on or before the expiration of ten days from the date of this order. *See* TEX.

R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
22nd day of September, 2014.